# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11382

_____

JANE DOE,

              Plaintiff-Appellee,

*versus*

GEORGIA DEPARTMENT OF CORRECTIONS,
COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS,
ASSISTANT COMMISSIONER, OFFICE OF HEALTH SERVICES,
SHARON LEWIS,
Statewide Medical Director, in her official and individual capacities,
DESHAWN JONES,
Phillips State Prison Warden, in his official and individual capacities, et al.,

Defendants-Appellants,

MHM CORRECTIONAL SERVICES LLC, et al.,

Defendants.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-05578-MLB

_____

ORDER:

Counsel for the appellants in this appeal are ORDERED to respond within seven days to the following questions:

On January 14, 2025, the United States Bankruptcy Court for the Southern District of Texas ordered that "[a]ny claims or causes of action that may have been or may be asserted against any of [Wellpath's] former clients or customers are stayed . . . on an interim basis *to and including* February 18, 2025." Stipulated and

Agreed Amended Order, *In re: Wellpath Holdings, Inc.*, No. 24-90533 (Bankr. S.D. Tex. Jan. 14, 2025) ECF No. 962 ¶ 4 (emphasis added).

    1. What is the status of the bankruptcy court's stay of "[a]ny claims or causes of action that may have been or may be asserted against any of [Wellpath's] former clients or customers"?

    2. If the bankruptcy court has extended the stay, what is its effect, if any, on the Georgia officials' appeal of the preliminary injunction?

    3. If the bankruptcy court has extended the stay, what is its effect, if any, on the preliminary injunction itself?

    4. What is the effect on the preliminary injunction, if any, of the district court's administrative closure of the case during the bankruptcy stay?

5. Has the April 17, 2024, preliminary injunction order expired pursuant to Section 3626(a)(2) of the Prison Litigation Reform Act, and, if so, is this appeal now moot?

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION