No. 24-11382

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

---

**JANE DOE,**
*Plaintiff-Appellee,*

v.

**GEORGIA DEPARTMENT OF CORRECTIONS, ET AL.,**
*Defendants-Appellants.*

---

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
CASE NO. 1:23-CV-5578 (MLB)

---

## NOTICE OF CHANGE OF CUSTODY

---

D Dangaran
Miriam R. Nemeth
RIGHTS BEHIND BARS
1800 M St. NW Fnt. 1 #33821
Washington, DC 20033
(202) 455-4399
d@rightsbehindbars.org
miriam@rightsbehindbars.org

Scott Novak
BAKER BOTTS, L.L.P.
700 K St NW
Washington, DC 20001
(202) 639-1316
scott.novak@bakerbotts.com

Katie Jeffress
BAKER BOTTS, L.L.P.
401 S 1st Street Suite 1300
Austin, Texas 78704
(512) 322-2672
katie.jeffress@bakerbotts.com

Nicholas F. Palmieri
BAKER BOTTS, L.L.P.
30 Rockefeller Plaza
New York, New York 10112
(212) 408-2640
nick.palmieri@bakerbotts.com

*Counsel for Plaintiff-Appellee Jane Doe*

NOW COMES Plaintiff-Appellee Jane Doe to notify this Court that on March 3, 2025, Ms. Doe was removed from Georgia Department of Corrections' ("GDC") custody, as Ms. Doe's counsel was informed by a GDC staff person via phone on March 4, 2025. Ms. Doe is in federal custody, housed in the Laurens County Detention Center, pending sentencing of her federal criminal charges. On information and belief, the most likely outcome is that she will remain in federal custody to serve her sentence. Given this change of custody, the preliminary injunction is moot and cannot form the basis of further review by this Court.

Respectfully submitted this 4th day of March, 2025.

*/s/ D Dangaran*
D Dangaran
Miriam R. Nemeth
RIGHTS BEHIND BARS
1800 M St. NW Fnt. 1 #33821
Washington, D.C. 20033
(202) 455-4399
d@rightsbehindbars.org
miriam@rightsbehindbars.org

Katie Jeffress
BAKER BOTTS, L.L.P.
401 S 1st Street Suite 1300
Austin, Texas 78704
(512) 322-2672
katie.jeffress@bakerbotts.com

Scott Novak
BAKER BOTTS, L.L.P.
700 K St NW
Washington, DC 20001
(202) 639-1316
scott.novak@bakerbotts.com

Nicholas F. Palmieri
BAKER BOTTS, L.L.P.
30 Rockefeller Plaza
New York, New York 10112
(212) 408-2640
nick.palmieri@bakerbotts.com

*Attorneys for Plaintiff-Appellee Jane Doe*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: March 4, 2025

*/s/ D Dangaran*
D Dangaran
Rights Behind Bars
1800 M St. NW Fnt. 1 #33821
Washington, DC 20033
*Attorney for Plaintiff-Appellee Jane Doe*